**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| ANTOINE D. MEEKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CV-996-DDN |
| | ) | |
| JARROD PETERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER OF TRANSFER**

This matter is before the Court upon review of a complaint and motion for leave to proceed *in forma pauperis* filed by Antoine D. Meeks, an inmate at the Randolph County Jail in Chester, Illinois.  This Court will provisionally grant plaintiff leave to proceed *in forma pauperis* and will order this case transferred to the United States District Court for the Southern District of Illinois.

Plaintiff brings this action under 42 U.S.C. § 1983.  Plaintiff identifies the named defendants as employees of the Randolph County Jail in Chester, Illinois, and the events giving rise to plaintiff's claims occurred there.  The Randolph County Jail is located in Randolph County, Illinois, which is located in the Southern District of Illinois.  *See* 28 U.S.C. § 93(c).

An action of this type may be brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial

district in which any defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

Here, it appears that the named defendants are located in the Southern District of Illinois, and it is clear that the events giving rise to plaintiff's claims occurred there.  Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."  Here, the Court concludes that it is in the interest of justice to transfer this case to the United States District Court for the Southern District of Illinois.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 2) is **PROVISIONALLY GRANTED**, subject to modification by the United States District Court for the Southern District of Illinois.

**IT IS FURTHER ORDERED** that the Clerk shall **TRANSFER** this case to the United States District Court for the Southern District of Illinois.

Dated this 27th day of September, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE